# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY RUBISH, | ) | CV F 05 0687 OWW LJO HC |
| Petitioner, | ) | |
| | ) | ORDER REGARDING LODGED DOCUMENTS |
| v. | ) | |
| | ) | |
| M. S. EVANS, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2005, Respondent filed a notice of lodging of documents. On September 23, 2005, the Court received the documents referenced in Respondent's notice. Included in the submission were documents in a file marked "Confidential." Due to the form of the submission, the Court construes it as a motion to have the documents filed under seal.

Local Rule 39-138(b) allows the Court to seal documents only upon written order of a Judge or Magistrate Judge.  Generally, the content of such documents are of a nature that require the Court

to maintain the confidentiality of the document.  For example, the contents may reveal information that may jeopardize the safety of particular individuals.

     In this case Respondent does not state the reasons the Court should maintain the confidentiality of the document.  Respondent has merely submitted the documents in an envelope marked "Confidential."  The Court has reviewed the document and is unclear why Respondent wishes the document remain confidential. Therefore, Respondent must clarify its reasons for seeking the document be filed under seal within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 27, 2005**                **/s/ Lawrence J. O'Neill**
b9ed48                UNITED STATES MAGISTRATE JUDGE