UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODNEY RUBISH, ) | 1:05-CV-0687 OWW LJO HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING EXTENSION OF |
| v. ) | TIME |
| ) | (DOCUMENT #15) |
| M. S. EVANS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 26, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   December 5, 2005**            **/s/ Lawrence J. O'Neill**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE