# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY RUBISH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. S. EVANS, Warden,<br><br>　　　　Respondent. | 1:05-CV-0687 OWW LJO HC<br><br>ORDER GRANTING PETITIONER'S<br>MOTION FOR EXTENSION OF TIME<br>[Doc. 18] |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On December 12, 2005, Petitioner filed a second request for an extension of time in which to file a traverse to Respondent's response to the petition for writ of habeas corpus. Petitioner states he has been recently transferred to a new prison and his legal materials have been parked. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of forty-five (45) from the date of service of this order to file a traverse.

IT IS SO ORDERED.

**Dated:    January 3, 2006**　　　　　　　　**/s/ Lawrence J. O'Neill**
23ehd0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE