UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-0687 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING FOURTH |
| v. | ) | EXTENSION OF TIME TO |
| | ) | FILE TRAVERSE |
| M. S. EVANS, | ) | (DOCUMENT #23) |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 3, 2006, petitioner filed his fourth motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   April 27, 2006**              **/s/ Lawrence J. O'Neill**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE