UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODNEY RUBISH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M. S. EVANS, ) <br> ) <br> Respondent. ) <br> _____ ) | 1:05-CV-0687 OWW LJO HC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #28) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 20, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:    August 17, 2006**         **/s/ Lawrence J. O'Neill**
23ehd0                                                        UNITED STATES MAGISTRATE JUDGE