UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| v. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| M. S. EVANS, Warden, | ) | [Doc. 31] |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 20, 2006, Petitioner filed a motion to extend time to complete and file his traverse. Petitioner claims, as he has done on every request to date, that he has been subjected to repeated lockdowns and shortages of staff, and granted very little time in the law library by prison authorities to research and complete his traverse. While this may be the case, every other petitioner is presented with similar difficulties and manages to file a traverse in a timely manner. In this case, the time for filing a traverse will now have been extended <u>eight times</u> and <u>over one year</u> beyond the original due date. The Court is not aware of any other habeas proceeding in this District where a petitioner has been granted such an exorbitant amount of time, absent a crippling medical condition.

Accordingly, IT IS HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order in which to file his traverse. Petitioner is advised that **this will be the final extension of time, and no further requests will be granted**.

IT IS SO ORDERED.

**Dated:     October 6, 2006**           **/s/ Lawrence J. O'Neill**
23ehd0                              UNITED STATES MAGISTRATE JUDGE