UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODNEY RUBISH, | 1:05-CV-00687 OWW LJO HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION [Doc. #33] |
| v. | ORDER GRANTING EXTENSION OF TIME |
| M. S. EVANS, Warden, | ORDER DIRECTING PETITIONER TO FILE STATUS REPORT |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON LITIGATION COORDINATOR |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2005, Respondent filed an answer to the petition. Since that time, Petitioner has been granted eight extensions of time over a period of more than one year to file his traverse. On October 6, 2006, the undersigned granted Petitioner one final extension of time. Petitioner responded on October 24, 2006, by filing a motion for reconsideration entitled, "Ex parte to stay the courts granted (30) day enlargement of time until Respondent relinquishes Petitioner's legal property so he can answer/traverse Respondent's reply brief." Petitioner complains Respondent is holding his legal property and won't relinquish it to Petitioner. Petitioner states he cannot

complete his traverse without his legal materials.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner's arguments provide justification for relieving Petitioner from the order which provided him with one final extension. According to Petitioner's statements, he is paralyzed from the waist down, having sustained damage to his vertebrae and a cut to his spinal cord. Petitioner also sustained nerve damage to his left eye which resulted in his left eye becoming "stuck to the left side of his eye socket." See p. 3, Petitioner's Motion for Reconsideration. As a result, Petitioner states he has experienced substantial lifestyle adjustments which in turn has caused him to require additional time to complete his traverse.

Petitioner also states he has been transferred back and forth between Salinas Valley State Prison and Pleasant Valley State Prison. He states that during these transfers, his legal property was confiscated. Petitioner also states the law library closed for a number of weeks because the law librarian was absent on vacation. During this time, no prisoner was allowed access to the law library. Further, Petitioner complains he has been charged six times with over-familiarity with staff, and each time he has proven his innocence. In each instance, he was placed in administrative segregation and his legal property was confiscated. On October 5, 2006, Petitioner was again placed in administrative segregation and charged with over-familiarity with staff. As a result, he is again without his legal property and has no way of completing his traverse. Based on Petitioner's reasons, he will be granted an extension of time.

In addition, Petitioner is instructed to show this order to prison authorities. Respondent is requested to provide assistance in allowing Petitioner reasonable access to his legal materials so that Petitioner may complete his traverse. Petitioner is ordered to provide a status report within thirty (30)

days of the date of service of this order informing the Court whether he has been granted access to his legal materials, and if not, what efforts he has made in attempting to do so.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for reconsideration is GRANTED;

2) Petitioner is GRANTED an extension of time of sixty (60) days from the date of service of this order to file his traverse;

3) Petitioner is DIRECTED to file a status report within (30) days of the date of service of this order; and

4) The Clerk of Court is DIRECTED to serve a copy of this order on the litigation coordinator at Petitioner's institution as well as Respondent.

IT IS SO ORDERED.

**Dated:     November 1, 2006                  /s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE