UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING CLERK OF COURT TO MAIL COPY OF RESPONSE TO PETITIONER |
| | ) | |
| v. | ) | [Doc. #9] |
| | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| M. S. EVANS, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO MAIL COPY OF LIBRARY LOG TO PETITIONER |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2005, Respondent filed an answer to the petition. Since that time, the case has been delayed over a year pending Petitioner's filing of his traverse. Petitioner was granted numerous extensions of time because of his physical problems and because he claims his attempts to access his legal property had been frustrated by Respondent.

On November 2, 2006, the undersigned issued an order granting Petitioner's motion for reconsideration. Petitioner was directed to show the order to prison officials, and Respondent was directed to assist Petitioner in allowing him to prepare his traverse by providing him with reasonable access to his legal materials. Petitioner was directed to file a status report with respect to his attempts

to secure his legal documents.

On November 3, 2006, and November 13, 2006, Petitioner informed the Court that his attempts had again been frustrated. Therefore, on December 6, 2006, the undersigned authored a letter directly to Respondent's counsel inquiring into the matter. Counsel responded by providing the Court with copies of the law library log showing Petitioner had been granted access to his legal materials on the following dates:

October 17, 2006
October 24, 2006
October 31, 2006
November 7, 2006
November 14, 2006
November 21, 2006
November 28, 2006
December 5, 2006
December 8, 2006

In his status reports, Petitioner acknowledged having been granted access to his legal materials on October 17 and 24, which is consistent with the law library records provided by Respondent. Petitioner also claims that he does not have a copy of Respondent's answer despite having been granted access to his legal materials. In the interest of judicial efficiency, the Clerk of Court will be directed to provide Petitioner with a copy of the response. Since it appears Petitioner has been granted reasonable access to his legal materials, he will be directed to file his traverse forthwith.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to mail to Petitioner a copy of Respondent's response (Doc. #9) and the law library log which was provided by Respondent's counsel; and

2) Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file his traverse.

IT IS SO ORDERED.

**Dated:    December 19, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE