UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 OWW LJO HC |
| Petitioner, | ) ) | |
| | ) | ORDER APPOINTING FEDERAL |
| v. | ) ) | DEFENDER |
| M. S. EVANS, Warden, | ) ) | |
| | ) | ORDER STAYING ORDER TO SUBMIT |
| Respondent. | ) ) | TRAVERSE [Doc. #39] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2005, Respondent filed an answer to the petition. Since that time, the case has been delayed over a year pending Petitioner's filing of his traverse. Petitioner was granted numerous extensions of time because of his physical problems and because he claims his attempts to access his legal property had been frustrated by Respondent.

On November 2, 2006, the undersigned issued an order granting Petitioner's motion for reconsideration. Petitioner was directed to show the order to prison officials, and Respondent was directed to assist Petitioner in allowing him to prepare his traverse by providing him with reasonable access to his legal materials. Petitioner was directed to file a status report with respect to his attempts to secure his legal documents.

On November 3, 2006, and November 13, 2006, Petitioner informed the Court that his attempts had again been frustrated. Therefore, on December 6, 2006, the undersigned authored a letter directly to Respondent's counsel inquiring into the matter. Counsel responded by providing the Court with copies of the law library log.  According to the law library log, Petitioner apparently had been granted access to his legal materials on the following dates:

October 17, 2006
October 24, 2006
October 31, 2006
November 7, 2006
November 14, 2006
November 21, 2006
November 28, 2006
December 5, 2006
December 8, 2006

In his status reports, Petitioner acknowledged having been granted access to his legal materials on October 17 and 24, which is consistent with the law library records provided by Respondent. However, in Petitioner's subsequent communications to the Court, he complains he has not been granted full access to his legal materials. He claims the specific legal materials he needs to complete the traverse were seized on October 4, 2006, and he has not been granted access to these materials since. Petitioner states these legal materials include the work he had completed thus far on his traverse.

Therefore, the Court hereby appoints the Federal Defender to represent Petitioner for the *limited* purpose of investigating Petitioner's complaints regarding access to his legal materials. 18 U.S.C. § 3006A; Rule 8(c), Rules Governing Section 2254 Cases.  The Federal Defender is directed to submit a status report within thirty (30) days to advise the Court whether an evidentiary hearing is necessary to resolve this issue of access to legal materials. If an evidentiary hearing is recommended, the Federal Defender should advise the Court how much time is necessary to prepare for said hearing, identify the witnesses the Federal Defender intends to call, and the estimated duration of said hearing. Respondent may file a reply to Petitioner's status report within fifteen (15) days of the date of filing of the status report.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Federal Defender is hereby APPOINTED for the limited purpose of investigating Petitioner's complaints regarding access to his legal materials;

2) The Federal Defender is DIRECTED to file a status report within thirty (30) days of the date of service of this order; Respondent may file a reply within fifteen (15) days thereafter; and

3) The Court's order directing Petitioner to submit his traverse is STAYED.

IT IS SO ORDERED.

**Dated:     January 10, 2007                  /s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE