# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODNEY RUBISH,<br><br>        Petitioner,<br><br>  v.<br><br>M. S. EVANS, Warden,<br><br>        Respondent. | 1:05-CV-00687 OWW NEW (DLB) HC<br><br>ORDER DIRECTING FEDERAL DEFENDER TO SUBMIT STATUS REPORT IN COMPLIANCE WITH COURT ORDER OF JANUARY 11, 2007<br><br>[Doc. #44] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 11, 2007, the Court appointed the Federal Defender to represent Petitioner for the *limited* purpose of investigating Petitioner's complaints regarding access to his legal materials. 18 U.S.C. § 3006A; Rule 8(c), Rules Governing Section 2254 Cases. The Federal Defender was directed to submit a status report within thirty (30) days to advise the Court whether an evidentiary hearing is necessary to resolve this issue of access to legal materials. Over thirty (30) days have passed and the Federal Defender has not submitted said status report.

**ORDER**

Accordingly, the Federal Defender is hereby ORDERED to file a status report within ten (10) court days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 21, 2007**         **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE