UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 LJO NEW (DLB) HC |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING FEDERAL |
| v. | ) | DEFENDER TO SUBMIT STATUS REPORT |
| | ) | |
| M. S. EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 22, 2005, Respondent filed an answer to the petition. Since that time, the case has been delayed over a year pending Petitioner's filing of his traverse. Petitioner was granted numerous extensions of time because of his physical problems and because he claims his attempts to access his legal property have been frustrated by Respondent.

On January 11, 2007, the Court issued an order appointing the Federal Defender for the limited purpose of investigating Petitioner's complaints regarding access to his legal materials. The Federal Defender was directed to submit a status report within thirty (30) days to advise the Court whether an evidentiary hearing is necessary to resolve this issue of access to legal materials.

On March 7, 2007, Assistant Federal Defender David M. Porter filed a status report. Mr.

1  Porter detailed the background of the case and the efforts he has expended to date in investigating
2  Petitioner's complaints. Mr. Porter anticipates he will need approximately thirty additional days to
3  obtain the documents Petitioner states are missing or to learn that they are not available, and another
4  fifteen days to communicate the results of this efforts to Petitioner and determine whether an
5  evidentiary hearing is necessary.

6  Good cause having been presented and good cause appearing therefor, Petitioner's request is
7  GRANTED. The Federal Defender is DIRECTED to file a status report/notice within forty-five (45)
8  days of the date of service of this order stating whether an evidentiary hearing is recommended. If an
9  evidentiary hearing is recommended, the Federal Defender should advise the Court how much time
10 is necessary to prepare for said hearing, identify the witnesses the Federal Defender intends to call,
11 and the estimated duration of said hearing. Respondent may file a reply to Petitioner's status
12 report/notice within fifteen (15) days of the date its filing.

14  IT IS SO ORDERED.

15  Dated:   **March 21, 2007**              /s/ **Dennis L. Beck**
3b142a                                 UNITED STATES MAGISTRATE JUDGE