UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 LJO NEW (DLB) HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME |
| M. S. EVANS, Warden, | ) | [Doc. #26] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 7, 2007, Petitioner filed a status report wherein Petitioner requested an extension of time to file a subsequent status report. Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Petitioner is GRANTED an extension of time of twenty-five (25) days from the date of service of this order to file a status report.

IT IS SO ORDERED.

Dated:   **May 14, 2007**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE