UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY RUBISH, | ) | 1:05-CV-00687 LJO NEW (DLB) HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME |
| M.S. EVANS, Warden, | ) | [Doc. #58] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 8, 2007, Petitioner filed a status report wherein Petitioner requested an extension of time to file a subsequent status report. Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Petitioner is GRANTED an extension of time of fourteen (14) days from the date of service of this order to file a status report.

IT IS SO ORDERED.

Dated:   **June 18, 2007**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE