UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY RUBISH, <br><br>    Petitioner, <br><br>    v. <br><br> M.S. EVANS, Warden, <br><br>    Respondent. | 1:05-cv-0687 LJO NEW (DLB) HC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE STATUS REPORT (DOCUMENT #60) <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE (DOCUMENT #61) |

   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2007, Petitioner filed an unopposed request for extension of time to file a subsequent status report. Inasmuch as Petitioner filed his status report on July 16, 2007, and good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner's request is GRANTED *nunc pro tunc* to July 16, 2007.

   In his status report of July 16, 2007, Petitioner requests he be granted sixty days to file his traverse. Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner's request is GRANTED; the deadline for filing of the traverse is set sixty (60) days from the date of service of this order.

   IT IS SO ORDERED.

   Dated:   **August 9, 2007**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE