1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12  ROBERT RODNEY RUBISH,                    )    1:05-CV-00687 LJO NEW (DLB) HC
                                            )
13              Petitioner,                 )    ORDER DISMISSING MOTION FOR
                                            )    INJUNCTIVE RELIEF
14       v.                                 )    [Doc. #46]
                                            )
15                                          )    ORDER DISMISSING MOTION FOR
                                            )    EXTENSION OF TIME
16  M. S. EVANS, Warden,                    )    [Doc. #47]
                                            )
17              Respondent.                 )
                                            )
18

19       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus  pursuant to

20  28 U.S.C. § 2254.

21       On January 12, 2007, Petitioner filed a motion for injunctive relief. On January 26, 2007,

22  Petitioner filed a motion for an extension of time in order to recover a document so he could perform

23  adequate research. Insofar as Petitioner's requests by subsequent orders of the Court, his motions are

24  hereby DISMISSED as moot.

25

26  IT IS SO ORDERED.

27  **Dated:    August 16, 2007**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE
28

U.S. District Court

E. D. California                                        1