DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
RODNEY RUBISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY RUBISH,<br><br>             Petitioner,<br><br>      v.<br><br>M.S. EVANS, WARDEN,<br><br>             Respondent. | NO. CIV F-05-00687 LJO DLB HC<br><br>**ORDER SETTING DEADLINE FOR FILING OF TRAVERSE** |

Pursuant to this Court's order of January 10, 2007, and good cause appearing therefor, IT IS HEREBY ORDERED:

1) a traverse, if any, must be filed on or before **October 12, 2007**, pursuant to the Court's order of August 9, 2007;

2) because the Office of the Federal Defender was appointed for the limited purpose of investigating Mr. Rubish's complaints regarding access to his legal materials and that investigation has now been completed, the Office of the Federal Defender is relieved as counsel for petitioner.

IT IS SO ORDERED.

Dated:   **September 7, 2007**           /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE