1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT RODNEY RUBISH,                              1:05-cv-00687-LJO-GSA  (HC)

        Petitioner,
                                                  ORDER DENYING MOTION FOR
   vs.                                            APPOINTMENT OF COUNSEL

M.S. EVANS,
                                                  (DOCUMENT #74)
        Respondent.

_____/

      Petitioner has requested the appointment of counsel.  There currently exists no absolute

right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

      IT IS SO ORDERED.

**Dated:**   **January 28, 2008**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE