IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODNEY RUBISH, | 1:05-cv-00687-LJO-GSA (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS NUNC PRO TUNC |
| M.S. EVANS, | |
| Respondent. | (DOCUMENT #89) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 24, 2008, petitioner filed a motion to extend time to file objections to Findings and Recommendations. Inasmuch as petitioner filed objections on March 24, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file objections is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **April 14, 2008**          **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE