UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 LJO GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING REQUEST FOR |
| v. | ) | EXTENSION OF TIME TO FILE NOTICE OF |
| | ) | APPEAL |
| M. S. EVANS, | ) | |
| | ) | [Doc. #94] |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 9, 2008, Petitioner filed a request for an extension of time in which to appeal certain matters. Petitioner is advised that the petition was denied on May 7, 2008, and judgment was entered thereon. To the extent Petitioner seeks an extension of time to file a notice of appeal to the Ninth Circuit Court of Appeals, his request will be granted. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days to and including **July 7, 2008**, to file a notice of appeal. See Rule 4(a)(5)(A)(i) of the Federal Rules of Appellate Procedure. Petitioner is advised that the Court cannot extend the time for filing a notice of appeal beyond the above-noticed date. See Rule 4(a)(5)(C) of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated: **May 20, 2008**                             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE