UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S MOTION |
| | ) | TO DIRECT CLERK TO COPY RECORDS |
| v. | ) | |
| | ) | [Doc. #93] |
| M. S. EVANS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

  Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On May 8, 2008, Petitioner filed a motion for a court order directing the Clerk of Court to copy certain pleadings he filed in this Court. Petitioner's motion is DENIED. He must make his request directly to the Clerk of the Court. Petitioner is further advised that copies of documents are not provided free of charge. Copies up to twenty (20) pages may be made by the Clerk' office at a charge of $.50 per page. Larger copy orders should be directed to a copy service.

  Accordingly, Petitioner's request for excerpt of records is DENIED.

  IT IS SO ORDERED.

  Dated: May 20, 2008    /s/ Gary S. Austin
                 UNITED STATES MAGISTRATE JUDGE