UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RODNEY RUBISH, | ) | 1:05-CV-00687 LJO GSA HC |
| | ) | |
|         Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
|   v. | ) | [Doc. #97] |
| | ) | |
| M. S. EVANS, | ) | ORDER DENYING MOTION FOR |
| | ) | MISCELLANEOUS RELIEF |
|         Respondent. | ) | [Doc. #98] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 18, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be denied and judgment be entered. On March 24, 2008, Petitioner filed his objections to the Findings and Recommendation. On May 7, 2008, after conducting a *de novo* review and considering Petitioner's objections, the undersigned adopted the Findings and Recommendation in full, denied the petition, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On June 16, 2008, Petitioner filed the instant motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or

excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner fails to meet this standard. He claims this Court did not fully consider his objections. He is mistaken. The Court considered all of his objections including his exhibits, and he does not now set forth any arguments or evidence that have not already been considered by this Court. The motion presents no basis for relief and is hereby DENIED.

On June 16, 2008, Petitioner also filed a request for reconsideration of Magistrate Judge Gary S. Austin's denial of his motion to direct the Clerk of Court to copy records in this case. His motion is DENIED for the same reasons set forth by the Magistrate Judge. The Court is not responsible for Petitioner's failure to retain a copy of his own pleadings. If he seeks to obtain copies, he must make his request to the Clerk's Office.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for reconsideration of the Order adopting the Findings and Recommendation and denying the petition is DENIED;

2) Petitioner's motion for reconsideration of the Magistrate Judge's Order denying Petitioner's motion to direct the Clerk of Court to copy records is DENIED.

IT IS SO ORDERED.

**Dated:   June 19, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE